## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| SETH JONES,       ) | |
|     Plaintiff,   ) | |
|                       ) | |
| v.                ) | CAUSE NO.: 2:06-CV-363-RLM |
|                       ) | |
| MERCK & CO., INC.,) | |
|     Defendant.  ) | |

### ORDER

This matter is before the Court on a Joint Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation [DE 9], filed by the parties on November 1, 2006.

The parties represent that they expect that this case will be transferred to the Eastern District of Louisiana to be heard with other consolidated cases in the *In re VIOXX Prods. Liab. Litig.* MDL No. 1657, which has been established to coordinate all product liability cases involving alleged health risks from VIOXX. *See* 360, F. Supp. 2d 1352 (J.P.M.L. 2005). The MDL Proceeding No. 1657 was established on February 16, 2005. The Defendant represents that it will shortly provide notice to the Judicial Panel on Multidistrict Litigation of the pendency of this litigation and that it expects a conditional transfer order to be issued shortly thereafter.

Having reviewed the motion, the Court now **GRANTS** the Joint Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation [DE 9]. The Court now **ORDERS** that this matter is **STAYED**.

SO ORDERED this 3rd day of November, 2006.

        s/ Paul R. Cherry
        MAGISTRATE JUDGE PAUL R. CHERRY
        UNITED STATES DISTRICT COURT

cc:   All counsel of record